FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>SULLIVAN, Warden,<br><br>    Respondent. | No. CV 08-3745-GHK (AGR)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: June 16, 2008

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE